23 A.3d 933

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. JUAN PABLO SANTOS, DEFENDANT–RESPONDENT.

June 7, 2011.

ORDERED that the motion for leave to appeal is granted.

23 A.3d 933

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. ROHAN GOULBOURNE, DEFENDANT–RESPONDENT.

July 14, 2011.

ORDERED that the motion for leave to appeal is granted.